# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Augusto Nicolas Pareja | § | Case No. 13-24518 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/13/2013 . The undersigned trustee was appointed on 06/13/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 100,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 11.94 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 99,988.06 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was 10/07/2014 and the deadline for filing governmental claims was 10/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,250.00 , for a total compensation of $ 8,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2015          By:/s/STEVEN R. RADTKE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-24518 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Augusto Nicolas Pareja | | | | Date Filed (f) or Converted (c): | 06/13/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 07/23/2015 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. National Bank Of El Paso Checking Account | 512.40 | 0.00 | | 0.00 | FA |
| 2. Furniture And Appliances 50% Interest | 1,859.00 | 614.00 | | 1,780.00 | FA |
| 3. Personal Items | 300.00 | 300.00 | | 100.00 | FA |
| 4. Clothing/Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 1,000.00 | 135.00 | | 1,000.00 | FA |
| 6. Camera | 20.00 | 20.00 | | 20.00 | FA |
| 7. Metlife Term Life Insurance No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 150,000.00 | 0.00 | | 0.00 | FA |
| 9. Ira | 27,000.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | 6,000.00 | 0.00 | | 0.00 | FA |
| 11. Augusto Pareja, M.D. Sc (100% Shareholder) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2012 Federal Tax Refund (u) | 384.00 | 0.00 | | 0.00 | FA |
| 13. Medical Practice Licenses (Illinois/Indiana/Texas) | 1.00 | 1.00 | | 0.00 | FA |
| 14. Laptop, Printer, Fax, Desk, Chair, Scanner | 300.00 | 300.00 | | 100.00 | FA |
| 15. Dog | 50.00 | 50.00 | | 0.00 | FA |
| 16. Gold and Silver Coins (u) | Unknown | 40,000.00 | | 32,310.02 | FA |
| 17. 2010 Federal Tax Refund (u) | 9,921.00 | 0.00 | | 14,092.97 | FA |
| 18. Mangra CRA.23 #25-53, Cartagena, Columbia; Debtor has 1/6 in (u) | Unknown | Unknown | | 0.00 | FA |
| 19. Chase Checking Account (Funds Transferred from Business Acco (u) | 0.00 | 0.00 | | 10,250.00 | FA |
| 20. Citi Bank Checking (u) | 4.53 | 4.53 | | 4,000.00 | FA |
| 21. Contingent beneficiary of the Monica J. Pareja Revocable Tru (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22. 1999 Audi A6 AVT QT STN Wagon with 150,000 miles; Value per (u) | 5,517.00 | 5,517.00 | | 3,100.00 | FA |
| 23. 2013 Federal Tax Refund (Pro-rated) (u) | 3,438.33 | 3,438.33 | | 7,247.01 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-24518 ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|
| Case Name: | Augusto Nicolas Pareja | | | Date Filed (f) or Converted (c): | 06/13/2013 (f) |
| | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 07/23/2015 | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Vacant Land in Kern County, California (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 25. Merrill Lynch account (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 26. Transfers to Monica J. Pareja Revocable Trust (u) | 17,000.00 | 17,000.00 | | 17,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $232,507.26        $76,379.86        $100,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All issues in case have been settled and approved per order of Court; settlement funds in the amount of $100,000.00 have been collected (Trustee has filed required tax returns and is preparing his Final Report)

Trustee examined Debtor and discovered possible causes of action and debtor's interest in several assets that could be liquidated for benefit of creditors; Trustee employed counsel; as of 6/30/14 investigation continues as to gold and silver allegedly gifted to non-debtor spouse, tax refunds not disclosed or turned over and debtor's equity in certain scheduled and unscheduled assets (Trustee filed Initial Report of Assets on 7/3/14).

Initial Projected Date of Final Report (TFR): 07/31/2016        Current Projected Date of Final Report (TFR): 07/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-24518 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Augusto Nicolas Pareja | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5695 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1484 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/23/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/15 | | Monica J Pareja Revocable Trust | Initial payment on settlement | | $83,000.00 | | $83,000.00 |
| | | | Gross Receipts        $83,000.00 | | | | |
| | 2 | | Furniture And Appliances 50% Interest    $1,780.00 | 1129-000 | | | |
| | 3 | | Personal Items        $100.00 | 1129-000 | | | |
| | 5 | | Jewelry        $1,000.00 | 1129-000 | | | |
| | 6 | | Camera        $20.00 | 1129-000 | | | |
| | 14 | | Laptop, Printer, Fax, Desk, Chair, Scanner    $100.00 | 1129-000 | | | |
| | 16 | | Gold and Silver Coins    $32,310.02 | 1229-000 | | | |
| | 17 | | 2010 Federal Tax Refund    $14,092.97 | 1224-000 | | | |
| | 19 | | Chase Checking Account (Funds Transferred from Business Acco    $10,250.00 | 1229-000 | | | |
| | 20 | | Citi Bank Checking    $4,000.00 | 1229-000 | | | |
| | 22 | | 1999 Audi A6 AVT QT STN Wagon with 150,000 miles; Value per    $3,100.00 | 1229-000 | | | |
| | 23 | | 2013 Federal Tax Refund (Pro-rated)    $7,247.01 | 1224-000 | | | |
| | 24 | | Vacant Land in Kern County, California    $5,000.00 | 1229-000 | | | |
| | 25 | | Merrill Lynch account    $4,000.00 | 1229-000 | | | |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.94 | $82,988.06 |
| 06/08/15 | 26 | Datchu Credit Union P.O. Box 827 Denton, TX 76202-0827 | Final payment on settlement | 1229-000 | $17,000.00 | | $99,988.06 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $100,000.00     $11.94

Exhibit B

| | | |
|---|---:|---:|
| COLUMN TOTALS | $100,000.00 | $11.94 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $11.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $100,000.00 | $11.94 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5695 - Checking | $100,000.00 | $11.94 | $99,988.06 |
|  | $100,000.00 | $11.94 | $99,988.06 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $100,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-24518  
Debtor Name: Augusto Nicolas Pareja  
Claims Bar Date: 10/7/2014  

Date: July 23, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $8,250.00 | $8,250.00 |
| 100 2700 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $40,000.00 | $40,000.00 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,447.00 | $1,447.00 |
| 1 300 7100 | Blue Cross Blue Shield Of Il<br>Div Health Care Serv Corp<br>Conley Rosebberg Mendez &<br>Brenneise Llp<br>5080 Spectrum Drive Ste 850 E<br>Addison, Tx 75001 | Unsecured | | $0.00 | $1,060,711.48 | $1,060,711.48 |
| | Case Totals | | | $0.00 | $1,112,008.48 | $1,112,008.48 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-24518
Case Name: Augusto Nicolas Pareja
Trustee Name: STEVEN R. RADTKE

|  | Balance on hand | $ | 99,988.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 8,250.00 | $ 0.00 | $ 8,250.00 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 40,000.00 | $ 0.00 | $ 40,000.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,447.00 | $ 0.00 | $ 1,447.00 |
| Charges: U. S. Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses      $      51,297.00
Remaining Balance                                            $      48,691.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,060,711.48  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Blue Cross Blue Shield Of Il | $ 1,060,711.48 | $ 0.00 | $ 48,691.06 |
| | Total to be paid to timely general unsecured creditors | | | $ 48,691.06 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE