UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Augusto Nicolas Pareja § Case No. 13-24518
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:00 a.m. on October 5, 2015
        in Courtroom  642, U.S. Courthouse
        219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Jeffrey P. Allsteadt_____
                                                 Clerk of the Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
　§
Augusto Nicolas Pareja § Case No. 13-24518
　§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 11.94 |
| leaving a balance on hand of[1] | $ | 99,988.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 8,250.00 | $ 0.00 | $ 8,250.00 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 40,000.00 | $ 0.00 | $ 40,000.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,447.00 | $ 0.00 | $ 1,447.00 |
| Charges: U. S. Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 51,297.00 |
| Remaining Balance | | $ | 48,691.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,060,711.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Blue Cross Blue Shield Of Il | $ 1,060,711.48 | $ 0.00 | $ 48,691.06 |
| | Total to be paid to timely general unsecured creditors | | | $ 48,691.06 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

       Prepared By: /s/ Steven R. Radtke
             Steven R. Radtke, Trustee


*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 13-24518-ABG
Augusto Nicolas Pareja                                              Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 2                  Date Rcvd: Sep 02, 2015
                               Form ID: pdf006             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2015.
db           +Augusto Nicolas Pareja,    2801 Spencer Road,    Unit 19-107,    Denton, TX 76208-6963
aty          +Dimonte & Lizak,    Dimonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
20606790     +Augusto Pareja M.D. SC,    3232 W 55th Street,    Chicago, IL 60632-2638
20606791     +Bank Of America, N.A.,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
20606792     +Blue Cross Blue Shield,    300 East Randolph Street,    Chicago, IL 60601-5099
22488140     +Blue Cross Blue Shield of IL,    Div Health Care Serv Corp,
               Conley Rosebberg Mendez & Brenneise LLP,    5080 Spectrum Drive Ste 850 E,
               Addison, TX 75001-4648
20606793     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank,    Attn: Bankruptcy Dept,    Po Box 20507,
               Kansas City, MO 64195)
20606794     +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
20606796     +Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
20606798      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20606799     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20606800     +Heartland Leasing Corp,    390 Union Blvd Ste 600,    Lakewood, CO 80228-1557
20606802     +JKR Diagnostic Imaging,    3305 Vermont Road,    Woodstock, IL 60098-8890
20606803     +Johnson & Rountree,    PO Box 2526,    Del Mar, CA 92014-1826
20606804     +Labsco Equipment,    250 Ottowa Avenue,    Louisville, KY 40209-1213
20606811     +MR Billing Gleeson Law Office,    c/o Gleeson Law Office,    47 North Market Street, Suite 204,
               Logan, OH 43138-1252
20606812     +MR Medical Billing,    47 North Market Street, Suite 309,    Logan, OH 43138-1274
20606805     +McFadden & Dillon,    120 South LaSalle Street, #1335,    Chicago, IL 60603-3581
20606807     +MedStar Laboratories,    4531 Harrison Street,    Hillside, IL 60162-1614
20606806     +Medical Consulting & Solutions,    2020 W. Pierce, #7,    Chicago, IL 60622-3085
20606808     +Mercedes Abarca,    2115 S. Marshall Blvd,    Chicago, IL 60623-3517
20606809     +Monica J. Pareja Revocable Trust,    451 S. Northwest Highway, A,    Park Ridge, IL 60068-4978
20606810     +Monica Ramirez,    c/o Law Office of Andrew S. Kryder, LLC,    134 N. LaSalle Street, #1515,
               Chicago, IL 60602-1167
20606816     +PNC Bank,    249 5th Avenue, Suite 30,    Pittsburgh, PA 15222-2707
20606815      PNC Bank,    Commercial Loan Operations,    Po Box 747046,    Pittsburgh, PA 15274-7046
20606814     +PNC Bank,    6750 Miller Road,    Brecksville, OH 44141-3239
20606817     +PNC Bank N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
20606813     +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
20606819     +Receivable Management Services,    77 Hartland Street, Suite 401,    East Hartford, CT 06108-3253
20606818     +Receivable Management Services,    1250 E. Diehl Road,    Naperville, IL 60563-9305
20606821     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20606822     +Travelers,    PO Box 2927,    Hartford, CT 06104-2927
20606823     +TriCare North,    PO Box 870153,    Myrtle Beach, SC 29587-9753
20606824     +Wachler & Associates,    210 E. Third Street, #204,    Royal Oak, MI 48067-2638
20606825     +Z-Management Group,    2205 Point Boulevard, #220,    Elgin, IL 60123-7840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20606797     +E-mail/Text: kzoepfel@credit-control.com Sep 03 2015 01:29:24      DTA Solutions LLC,
               9428 Batneadows Road, Suite 260,    Jacksonville, FL 32256-7970
20606801     +E-mail/Text: jhoevel@hoevellaw.com Sep 03 2015 01:28:15      Hoevel & Associates, PC,
               3725 N Western,    Chicago, IL 60618-4705
20606820     +E-mail/Text: bankruptcynotices@tcfef.com Sep 03 2015 01:28:58      TCF Equipment Finance,
               11100 Wayzata Boulevard, #801,    Minnetonka, MN 55305-5503
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20606795*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,
               P.O. Box 20507,    Kansas City, MO 64195)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                    Date Rcvd: Sep 02, 2015
                               Form ID: pdf006             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
              Abraham   Brustein, ESQ    on behalf of Trustee Steven R Radtke abrustein@dimonteandlizak.com,
               jjarke@dimontelaw.com
              Ira P Goldberg     on behalf of Trustee Steven R Radtke igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Ira P Goldberg     on behalf of Plaintiff Steven R Radtke igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Julia Jensen Smolka     on behalf of Trustee Steven R Radtke jjensen@dimonteandlizak.com
              Julia Jensen Smolka     on behalf of Plaintiff Steven R Radtke jjensen@dimonteandlizak.com
              Mohammed O Badwan     on behalf of Defendant Augusto Nicolas Pareja mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Mohammed O Badwan     on behalf of Debtor Augusto Nicolas Pareja mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke     sradtke@chillchillradtke.com,    sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Accountant   Popowcer Katten LTD sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 10
```