UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Augusto Nicolas Pareja § Case No. 13-24518
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 51.40 *(Without deducting any secured claims)* | Assets Exempt: 189,305.47 |
| Total Distributions to Claimants: 48,691.06 | Claims Discharged Without Payment: 2,931,021.46 |
| Total Expenses of Administration: 51,308.94 | |

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 100,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 51,308.94 | 51,308.94 | 51,308.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,919,001.04 | 1,060,711.48 | 1,060,711.48 | 48,691.06 |
| **TOTAL DISBURSEMENTS** | $ 1,919,001.04 | $ 1,112,020.42 | $ 1,112,020.42 | $ 100,000.00 |

    4)  This case was originally filed under chapter 7 on  06/13/2013 . The case was pending for 32 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/01/2016                     By:/s/STEVEN R. RADTKE
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Camera | 1129-000 | 20.00 |
| Furniture And Appliances 50% Interest | 1129-000 | 1,780.00 |
| Jewelry | 1129-000 | 1,000.00 |
| Laptop, Printer, Fax, Desk, Chair, Scanner | 1129-000 | 100.00 |
| Personal Items | 1129-000 | 100.00 |
| 2010 Federal Tax Refund | 1224-000 | 14,092.97 |
| 2013 Federal Tax Refund (Pro-rated) | 1224-000 | 7,247.01 |
| 1999 Audi A6 AVT QT STN Wagon with 150,000 miles; Value per | 1229-000 | 3,100.00 |
| Chase Checking Account (Funds Transferred from Business Acco | 1229-000 | 10,250.00 |
| Citi Bank Checking | 1229-000 | 4,000.00 |
| Gold and Silver Coins | 1229-000 | 32,310.02 |
| Merrill Lynch account | 1229-000 | 4,000.00 |
| Transfers to Monica J. Pareja Revocable Trust | 1229-000 | 17,000.00 |
| Vacant Land in Kern County, California | 1229-000 | 5,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 8,250.00 | 8,250.00 | 8,250.00 |
| Associated Bank | 2600-000 | NA | 11.94 | 11.94 | 11.94 |
| U. S. Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 40,000.00 | 40,000.00 | 40,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DiMonte & Lizak, LLC | 3220-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 1,447.00 | 1,447.00 | 1,447.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 51,308.94 | $ 51,308.94 | $ 51,308.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | 100,000.00 | NA | NA | 0.00 |
| | Blue Cross Blue Shield 300 East Randolph Street Chicago, IL 60601 | | 1,068,760.00 | NA | NA | 0.00 |
| | Citibank Attn: Bankruptcy Dept Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank, N.A. 399 Park Avenue New York, NY 10022 | | 0.00 | NA | NA | 0.00 |
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | 8,809.00 | NA | NA | 0.00 |
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | 8,000.00 | NA | NA | 0.00 |
| | Codilis & Associates, P.C. 15W030 North Frontage Road, Suite 100 Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DTA Solutions LLC 9428 Batneadows Road, Suite 260 Jacksonville, FL 32256 | | 14,500.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | Heartland Leasing Corp 390 Union Blvd Ste 600 Lakewood, CO 80228 | | 135,000.00 | NA | NA | 0.00 |
| | Hoevel & Associates, PC 3725 N Western Chicago, IL 60618 | | 4,954.73 | NA | NA | 0.00 |
| | JKR Diagnostic Imaging 3305 Vermont Road Woodstock, IL 60098 | | 2,525.00 | NA | NA | 0.00 |
| | Johnson & Rountree PO Box 2526 Del Mar, CA 92014 | | 327.00 | NA | NA | 0.00 |
| | Labsco Equipment 250 Ottowa Avenue Louisville, KY 40209 | | 25,605.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McFadden & Dillon 120 South LaSalle Street, #1335 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Medical Consulting & Solutions 2020 W. Pierce, #7 Chicago, IL 60622 | | 12,941.25 | NA | NA | 0.00 |
| | MedStar Laboratories 4531 Harrison Street Hillside, IL 60162 | | 14,000.00 | NA | NA | 0.00 |
| | Mercedes Abarca 2115 S. Marshall Blvd Chicago, IL 60623 | | 400.00 | NA | NA | 0.00 |
| | Monica J. Pareja Revocable Trust 451 S. Northwest Highway, A Park Ridge, IL 60068 | | 1,800.00 | NA | NA | 0.00 |
| | Monica Ramirez c/o Law Office of Andrew S. Kryder, LLC 134 N. LaSalle Street, #1515 Chicago, IL 60602 | | 5,000.00 | NA | NA | 0.00 |
| | MR Billing Gleeson Law Office c/o Gleeson Law Office 47 North Market Street, Suite 204 Logan, OH 43138 | | 53,299.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MR Medical Billing 47 North Market Street, Suite 309 Logan, OH 43138 | | 0.00 | NA | NA | 0.00 |
| | MR Medical Billing 47 North Market Street, Suite 309 Logan, OH 43138 | | 0.00 | NA | NA | 0.00 |
| | Pierce & Associates 1 North Dearborn Ste 1300 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank 249 5th Avenue, Suite 30 Pittsburgh, PA 15222 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank 6750 Miller Road Brecksville, OH 44141 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank 6750 Miller Road Brecksville, OH 44141 | | 35,000.00 | NA | NA | 0.00 |
| | PNC Bank Commercial Loan Operations Po Box 747046 Pittsburgh, PA 15274-7046 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | 332,663.51 | NA | NA | 0.00 |
| | Receivable Management Services 1250 E. Diehl Road Naperville, IL 60563 | | 6,225.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Receivable Management Services 77 Hartland Street, Suite 401 East Hartford, CT 06128 |  | 0.00 | NA | NA | 0.00 |
|  | TCF Equipment Finance 11100 Wayzata Boulevard, #801 Minnetonka, MN 55305 |  | 65,000.00 | NA | NA | 0.00 |
|  | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 |  | 0.00 | NA | NA | 0.00 |
|  | Travelers PO Box 2927 Hartford, CT 06104 |  | 900.00 | NA | NA | 0.00 |
|  | TriCare North PO Box 870153 Myrtle Beach, SC 29587 |  | 992.39 | NA | NA | 0.00 |
|  | Wachler & Associates 210 E. Third Street, #204 Royal Oak, MI 48067 |  | 6,000.00 | NA | NA | 0.00 |
|  | Z-Management Group 2205 Point Boulevard, #220 Elgin, IL 60123 |  | 16,298.00 | NA | NA | 0.00 |
| 1 | Blue Cross Blue Shield Of Il | 7100-000 | NA | 1,060,711.48 | 1,060,711.48 | 48,691.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $ 1,919,001.04 | $ 1,060,711.48 | $ 1,060,711.48 | $ 48,691.06 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-24518 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Augusto Nicolas Pareja | | | | Date Filed (f) or Converted (c): | 06/13/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 02/01/2016 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. National Bank Of El Paso Checking Account | 512.40 | 0.00 | | 0.00 | FA |
| 2. Furniture And Appliances 50% Interest | 1,859.00 | 614.00 | | 1,780.00 | FA |
| 3. Personal Items | 300.00 | 300.00 | | 100.00 | FA |
| 4. Clothing/Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 1,000.00 | 135.00 | | 1,000.00 | FA |
| 6. Camera | 20.00 | 20.00 | | 20.00 | FA |
| 7. Metlife Term Life Insurance No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 150,000.00 | 0.00 | | 0.00 | FA |
| 9. Ira | 27,000.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | 6,000.00 | 0.00 | | 0.00 | FA |
| 11. Augusto Pareja, M.D. Sc (100% Shareholder) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2012 Federal Tax Refund (u) | 384.00 | 0.00 | | 0.00 | FA |
| 13. Medical Practice Licenses (Illinois/Indiana/Texas) | 1.00 | 1.00 | | 0.00 | FA |
| 14. Laptop, Printer, Fax, Desk, Chair, Scanner | 300.00 | 300.00 | | 100.00 | FA |
| 15. Dog | 50.00 | 50.00 | | 0.00 | FA |
| 16. Gold and Silver Coins (u) | Unknown | 40,000.00 | | 32,310.02 | FA |
| 17. 2010 Federal Tax Refund (u) | 9,921.00 | 0.00 | | 14,092.97 | FA |
| 18. Mangra CRA.23 #25-53, Cartagena, Columbia; Debtor has 1/6 in (u) | Unknown | Unknown | | 0.00 | FA |
| 19. Chase Checking Account (Funds Transferred from Business Acco (u) | 0.00 | 0.00 | | 10,250.00 | FA |
| 20. Citi Bank Checking (u) | 4.53 | 4.53 | | 4,000.00 | FA |
| 21. Contingent beneficiary of the Monica J. Pareja Revocable Tru (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22. 1999 Audi A6 AVT QT STN Wagon with 150,000 miles; Value per (u) | 5,517.00 | 5,517.00 | | 3,100.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-24518 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Augusto Nicolas Pareja | | | | Date Filed (f) or Converted (c): | 06/13/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 02/01/2016 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 2013 Federal Tax Refund (Pro-rated) (u) | 3,438.33 | 3,438.33 | | 7,247.01 | FA |
| 24. Vacant Land in Kern County, California (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 25. Merrill Lynch account (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 26. Transfers to Monica J. Pareja Revocable Trust (u) | 17,000.00 | 17,000.00 | | 17,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $232,507.26 | $76,379.86 | | $100,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All issues in case have been settled and approved per order of Court; settlement funds in the amount of $100,000.00 have been collected (Trustee has filed required tax returns and is preparing his Final Report)

Trustee examined Debtor and discovered possible causes of action and debtor's interest in several assets that could be liquidated for benefit of creditors; Trustee employed counsel; as of 6/30/14 investigation continues as to gold and silver allegedly gifted to non-debtor spouse, tax refunds not disclosed or turned over and debtor's equity in certain scheduled and unscheduled assets (Trustee filed Initial Report of Assets on 7/3/14).

Initial Projected Date of Final Report (TFR): 07/31/2016     Current Projected Date of Final Report (TFR): 07/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No.: 13-24518 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Augusto Nicolas Pareja | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5695 |
| | Checking |
| Taxpayer ID No: XX-XXX1484 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/15 | | Monica J Pareja Revocable Trust | Initial payment on settlement | | $83,000.00 | | $83,000.00 |
| | | | Gross Receipts | $83,000.00 | | | |
| | 2 | | Furniture And Appliances 50% Interest | $1,780.00 | 1129-000 | | |
| | 3 | | Personal Items | $100.00 | 1129-000 | | |
| | 5 | | Jewelry | $1,000.00 | 1129-000 | | |
| | 6 | | Camera | $20.00 | 1129-000 | | |
| | 14 | | Laptop, Printer, Fax, Desk, Chair, Scanner | $100.00 | 1129-000 | | |
| | 16 | | Gold and Silver Coins | $32,310.02 | 1229-000 | | |
| | 17 | | 2010 Federal Tax Refund | $14,092.97 | 1224-000 | | |
| | 19 | | Chase Checking Account (Funds Transferred from Business Acco | $10,250.00 | 1229-000 | | |
| | 20 | | Citi Bank Checking | $4,000.00 | 1229-000 | | |
| | 22 | | 1999 Audi A6 AVT QT STN Wagon with 150,000 miles; Value per | $3,100.00 | 1229-000 | | |
| | 23 | | 2013 Federal Tax Refund (Pro-rated) | $7,247.01 | 1224-000 | | |
| | 24 | | Vacant Land in Kern County, California | $5,000.00 | 1229-000 | | |
| | 25 | | Merrill Lynch account | $4,000.00 | 1229-000 | | |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.94 | $82,988.06 |
| 06/08/15 | 26 | Datchu Credit Union P.O. Box 827 Denton, TX 76202-0827 | Final payment on settlement | 1229-000 | $17,000.00 | | $99,988.06 |
| | | | Page Subtotals: | | $100,000.00 | $11.94 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-24518 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Augusto Nicolas Pareja | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5695 |
| | Checking |
| Taxpayer ID No: XX-XXX1484 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $8,250.00 | $91,738.06 |
| 10/20/15 | 1002 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $91,388.06 |
| 10/20/15 | 1003 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $40,000.00 | $51,388.06 |
| 10/20/15 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $1,250.00 | $50,138.06 |
| 10/20/15 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,447.00 | $48,691.06 |
| 10/20/15 | 1006 | Blue Cross Blue Shield Of Il<br>Div Health Care Serv Corp<br>Conley Rosebberg Mendez & Brenneise Llp<br>5080 Spectrum Drive Ste 850 E<br>Addison, Tx 75001 | Final distribution to claim 1 representing a payment of 4.59 % per court order. | 7100-000 | | $48,691.06 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $100,000.00 | $100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $100,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $100,000.00 | $100,000.00 |

Page Subtotals: $0.00    $99,988.06

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5695 - Checking | $100,000.00 | $100,000.00 | $0.00 |
|  | $100,000.00 | $100,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals: $0.00    $0.00